United States District Court
Southern District of Texas
**ENTERED**
April 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| EUGENE R CRAN III, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 6:16-CV-64 |
| | § |
| TALISMAN ENERGY USA, INC.; aka | § |
| REPSOL OIL & GAS USA, LLC, | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Defendants' letter requesting that the Court consolidate forty-seven related cases that have been filed throughout the United States Southern District. Dkt. 15. According to a previous letter (Dkt. 7), a related motion for class certification is pending before Judge Ellison of the Houston Division. *See* 4:16-cv-2960, Dkt. 40.

Accordingly, the instant case is hereby **STAYED**. The parties may file a motion with this Court to lift the stay within ten days after Judge Ellison rules on the class certification question.

SIGNED on april 27, 2017 at Galveston, Texas.

George C. Hanks, Jr.
United States District Judge